```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501-I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 02-530 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION TO DISMISS INDICTMENT AND ORDER** |
| TIGRAN SVADJIAN, | ) | |
| Defendant. | ) | |

**MOTION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order

///
///
///
///
///
///
//
///

1

dismissing the Indictment against Defendant TIGRAN SVADJIAN.

DATED: January 13, 2013          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By /s/ Tice-Raskin
                                 S. ROBERT TICE-RASKIN
                                 Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATED: January 18, 2013


                                 John A. Mendez
                                 John A. Mendez
                                 United States District Court Judge

2